UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>▮▮▮▮▮▮▮▮▮▮<br>(2) JAKEEN MARSHALL, and<br>(3) VARINDER SINGH,<br><br>Defendants. | Criminal No. 23cr10124<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Five Kilograms or More of Cocaine<br>(21 U.S.C. § 846)<br><br>Count Two: Distribution of and Possession with Intent to Distribute Five Kilograms or More of Cocaine; Aiding and Abetting<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii); 18 U.S.C. § 2)<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
Five Kilograms or More of Cocaine
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about January 2023 through in or about March 2023, in Boston and Sturbridge, in the District of Massachusetts, Albany, in the Northern District of New York, Montreal, Canada, and elsewhere, the defendants,

▮▮▮▮▮▮▮▮▮▮
(2) JAKEEN MARSHALL, and
(3) VARINDER SINGH,

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance

1

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to this Count.

It is further alleged that, with respect to Count One, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, ███████████████ and (3) VARINDER SINGH. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to defendants ███████████████ and (3) VARINDER SINGH.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>
Distribution of and Possession with Intent to Distribute
Five Kilograms or More of Cocaine; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about March 20, 2023, in Sturbridge, in the District of Massachusetts, the defendant,

(3) VARINDER SINGH,

did knowingly and intentionally distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii), and Title 18, United States Code, Section 2.

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Two, the defendants,

(2) JAKEEN MARSHALL, and
(3) VARINDER SINGH,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited includes, but is not limited to, the following asset:

    a. $19,000, to be entered in the form of a forfeiture money judgment.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON


_____
KATHERINE FERGUSON
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: April 27, 2023
Returned into the District Court by the Grand Jurors and filed.

_____  04/27/2023
DEPUTY CLERK